IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>     Plaintiffs,<br><br> v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA US, INC.,<br><br>     Defendants. | C.A. No. 24-1135-GBW<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for Defendants to serve their Claim Construction Sur-Reply Brief (D.I. 35 ¶ 9) is extended through and including March 3, 2026, and the deadline for filing the Joint Claim Construction Brief (D.I. 35 ¶ 9) is extended to March 10, 2026.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC*

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc.*

IT IS SO ORDERED this _____ day of January, 2026.

_____
The Honorable Gregory B. Williams