**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-1135 (GBW) |
| MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT INTERIM STATUS REPORT**

Pursuant to Paragraph 11 of the Scheduling Order (D.I. 35), the parties hereby provide the Court with the following status report in the above-captioned action.

## I.    INTRODUCTION

On October 12, 2024, GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC (collectively "GSK") filed this action against Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc. (collectively, Moderna), alleging patent infringement.  (D.I. 1.)  On September 4, 2025, GSK filed a first amended complaint.  (D.I. 91.)  On October 2, 2025, Moderna filed an Answer to GSK's First Amended Complaint and Counterclaims.  (D.I. 103.)  On November 6, 2025, GSK filed a partial motion to dismiss and strike Moderna's affirmative defenses and counterclaims of prosecution laches.  (D.I. 120.)  Briefing for this motion to dismiss and strike is complete. (D.I. 130, 132, 136.)  GSK's motion remains pending.

## II.    STATUS OF DISCOVERY

Discovery is ongoing.  GSK has served written discovery and preliminary infringement contentions.  Moderna has served written discovery and preliminary invalidity contentions.

Document production was substantially completed on May 14, 2026.  Fact discovery is scheduled to close on July 29, 2026.  The parties submitted a motion for a teleconference with the Special Master on May 22, 2026, including related, but unconsolidated defendants of *GlaxoSmithKline Biologicals SA v. Pfizer Inc.,* C.A. No. 24-cv-00512, regarding a dispute over coordination and time limits for third-party witness depositions.  There are other pending discovery issues among the parties, some of which the parties anticipate will require the assistance of the Special Master to resolve.

Moderna respectfully requests that the Court schedule a status conference to discuss narrowing of issues for expert discovery and trial.  As of the date of this submission, GSK continues to assert 89 claims from seven different patents and 23 claims from 3 patent application publications in this matter.[1]  Should the Court deem a status conference unnecessary at this time, Moderna anticipates requesting Court intervention to establish limitations on the number of asserted claims prior to expert discovery.

GSK respectfully submits that a status conference would be premature at this time as the parties have not met and conferred on the issue of claim and prior art narrowing.  GSK is willing to meet and confer with Moderna on that issue.  To the extent there remains a dispute, it should be presented to the Special Master.

---

[1] GSK believes Moderna is double counting here but will address that as needed.

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com


William A. Rakoczy
Deanne M. Mazzochi
Eric R. Hunt
Heinz J. Salmen
Neil B. McLaughlin, Ph.D.
Katie A. Boda
RAKOCZY MOLINO MAZZOCHI SIWIK
LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendants Moderna, Inc.,
ModernaTX, Inc., and Moderna US, Inc.*



Dated: May 28, 2026

/s/Kelly E. Farnan
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
farnan@rlf.com
metzler@rlf.com
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, DE 19801

John Desmarais
Kerri-Ann Limbeek
Michael E. Furrow
Karl Mullen
Paul Macri
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
mfurrow@desmaraisllp.com
kmullen@desmaraisllp.com
pmacri@desmaraisllp.com
**DESMARAIS LLP**
230 Park Ave.
New York, NY 10169

Justin P. D. Wilcox
Thomas Derbish
Rebecca A. Lindhorst
Eric Speckhard
Jamie Dohopolski
jwilcox@desmaraisllp.com
tderbish@desmaraisllp.com
rlindhorst@desmaraisllp.com
especkhard@desmaraisllp.com
jdohopolski@desmaraisllp.com
**DESMARAIS LLP**
1899 Pennsylvania Ave., NW, Suite 400
Washington, D.C. 20006

Ada Locke
alocke@desmaraisllp.com
**DESMARAIS LLP**
101 California St., Suite 3000
San Francisco, CA 94111

*Attorneys for Plaintiffs GlaxoSmithKline
Biologicals SA and GlaxoSmithKline LLC*