**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>Plaintiffs,<br>v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA US, INC.,<br><br>Defendants. | C.A. No. 24-1135-GBW<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for Plaintiffs to respond to Moderna's First Amended Counterclaims and Answer (D.I. 308) is extended through and including October 21, 2026.

*<u>/s/ Sara M. Metzler</u>*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC*

*<u>/s/ Michael J. Farnan</u>*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc.*

IT IS SO ORDERED this ____ day of October, 2026.

______________________________
The Honorable Gregory B. Williams